■ LEONARD AVERILL et al., Appellants, v ESTATE OF JUDSON I. COHEN et al., Defendants, and PARKWAY EXTERMINATING Co., INC., et al., Respondents.—Appeal by the plaintiffs from stated portions of an order and judgment (one paper) of the Supreme Court, Westchester County (Marbach, J.), entered May 18, 1989.

Ordered that the order and judgment is affirmed insofar as appealed from, with one bill of costs payable to the respondents appearing separately and filing separate briefs, for

reasons stated by Justice Marbach at the Supreme Court. Brown, J. P., Lawrence, Kooper and Rosenblatt, JJ., concur.